## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent in the manner indicated this 1st day of August, 2005, to the following:

| | |
|---|---|
| Francis G. T. Pileggi, Esquire<br>L. Jason Cornell, Esquire<br>919 Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>(By Hand Delivery) | Richard D. Abrams, Esquire<br>Heckler & Frabizzio, P.A.<br>800 Delaware Avenue, Suite 2000<br>Wilmington, DE 19801<br>(By First Class Mail) |

Kevin Gross (DSBA No. 209)