## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Chi-Chi s Inc., et al., | ) | Case No. 03-13063(RB) |
| | ) | (Jointly Administered) |
| _____ Debtors. | ) | |
| CHI-CHI S INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 04-57064(RB) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION, and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| _____ Defendants. | ) | |

## ORDER WITHDRAWING REFERENCE OF THESE
## CHAPTER 11 CASES PURSUANT TO 28 U.S.C. § 157(d)

UponUpon consideration of the motion of Castellini Upon consideration of the motion of Castellini Co

pursuantpursuant to 28 U.S.C. §pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr.P.5011 withdrawing the reference

proceedingproceeding (the  Motion ) and the incorporated memorandum of lproceeding (the  Motion ) and t

appearingappearing that the Court has jurisdiction to consider andappearing that the Court has jurisdiction to consid

§§ 1334; and it appearing that due and proper notice of§ 1334; and it appearing that due and proper notice of the l

thatthat the relief requested in the Motiothat the relief requested in the Motion ithat the relief requested in the l

appearing therefor; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDEREDORDERED that,ORDERED that, pursuant to 28 U.S.C. § 157(d) the reference of the adversa

is hereby withdrawn.


Dated: _____, 2005     _____

                                       Judge, United States Bankruptcy Court