IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 04- 57064 (JLP) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME FOR EMPIRE INDEMNITY
INSURANCE COMPANY, d/b/a ZURICH TO
RESPOND TO CASTELLINI'S MOTION FOR A DETERMINATION
THAT THE ADVERSARY PROCEEDING IS A NON-CORE PROCEEDING
AND MOTION TO WITHDRAW THE REFERENCE**

Empire Indemnity Insurance Company, d/b/a Zurich (hereinafter "Zurich"), subrogor of the Debtors, Chi-Chi's, Inc., and certain related debtors (collectively, the "Debtors" and/or "Chi-Chi's"), by and through the undersigned counsel, hereby files this Motion to Extend Time for Zurich to Respond (the "Motion to Extend") to Castellini's Motion for a Determination that the Adversary Proceeding is a Non-Core Proceeding and Motion to Withdraw the Reference (collectively, the "Motions" or "Motions to Withdraw the Reference"). In support this Motion to Extend, Zurich represents as follows:

## PARTIES AND JURISDICTION

1. Chi-Chi's filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), on or about October 8, 2003. Debtors' matters have been consolidated for joint administration into Case No. 03-13063.

2. This adversary proceeding (the "Adversary Proceeding"), is related to the Debtors' Chapter 11 case. Jurisdiction is proper before this court pursuant to 28 U.S.C. § 157(a) and 1334(b), 11 U.S.C. § 105, and Federal Rule of Bankruptcy Procedure 7001. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

3. Zurich is a commercial liability insurer with operations throughout the United States, including Omaha, Nebraska. Prior to the Petition Date, Zurich and Debtors (the "Parties") entered into a Commercial Liability Umbrella Coverage Form (the "Policy"), whereby Zurich agreed to provide Debtors with Bodily Injury and Property Damage Liability Coverage in the amount of $10 million dollars.

4. Section IV(9) (the "Subrogation Clause") of the Policy provides Zurich with the following interest in the Adversary Proceeding:

> If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" *or transfer those rights to us* and help us enforce them. (Emphasis added.)

The Subrogation Clause provides Zurich with its right of subrogation to proceed on behalf of Debtors against the named defendants in this Adversary Proceeding.

## PROCEDURAL HISTORY

5. Castellini Company, LLC ("Castellini"), filed the Motions to Withdraw the Reference on August 1, 2005. As stated in the Motions, Castellini seeks relief from this Court

by entry of an order finding that the Adversary Proceeding is a non-core proceeding and granting Castellini's request for permissive withdraw.

6. Pursuant to the Motions, a hearing before this Court is scheduled for August 24, 2005 at 9:30 a.m.. Objections to the Motion are due by 4:00 p.m. on August 15, 2005.

7. The representative from Zurich involved from the inception of this Adversary Proceeding has been on vacation during the week that the Motions were filed (August 1 – 5, 2005). Similarly, counsel for Zurich involved in this Adversary Action will be on vacation the week of August 8 – 12, 2005, returning to the office on August 15, 2005, the same day as the Objection Deadline to the Motions.

8. Counsel for Zurich has conferred with Counsel for Castellini regarding the scheduling conflicts referenced above. Counsel for Zurich was kind enough to agree to extend the Objection Deadline governing the Motions to August 22, 2005 by 4:00 p.m.. Attached hereto as Exhibit "A" is a Stipulation and Proposed Order allowing Zurich to have until August 22, 2005 to respond to the Motions.

9. Without granting the relief requested in this Motion to Extend, Zurich will not be able to properly confer with its counsel, nor will counsel be afforded the proper amount of time necessary to prepare a response (or responses) to the Motions. In order to provide the Court with enough opportunity to review Zurich's response(s) prior to the hearing, the proposed form of order requires Zurich to deliver a copy of its response(s) to Chambers by 4:00 p.m. EST on August 22, 2005.

WHEREFORE, for the reasons stated above, Zurich respectfully requests this Court allow the parties to extend the time in which to respond to the Motions to August 22, 2005, by 4:00 p.m.

WM1A 61300v1 08/05/05

FOX ROTHSCHILD LLP

By: /s/ L. Jason Cornell, Esquire
Francis G. X. Pileggi, Esquire (Del. Bar No. 2624)
L. Jason Cornell, Esquire (Del. Bar No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

Richard Dennis Abrams, Esquire
Heckler & Frabizzio, PA
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 573-4800

Attorneys for Empire Indemnity Insurance Company,[1] subrogee of the above-captioned Debtors

---

[1] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.

WMIA 61300v1 08/05/05