IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| | ) | |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 04- 57064 (JLP) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREFORE, counsel for Empire Indemnity Insurance Company, d/b/a Zurich (hereinafter "Zurich"), subrogor of the Debtors, and counsel for Castellini Company, LLC ("Castellini"), hereby agree to extend the Objection Deadline for Castellini's Motion to Withdraw the Reference (D.I. No. 11) and Motion for Determination that the Adversary Proceeding is Non-Core (D.I. No. 12) (collectively, the "Motions"); and,

AND WHEREFORE, it appearing that good cause having been shown in the Motion to Extend Time for Zurich to Respond to the Motions;

THEREFORE, IT IS HEREBY ORDERED that the time for Zurich to Respond to the Motions is extended until August 22, 2005, by 4:00 p.m. EST;

WM1A 61300v1 08/05/05

IT IS FURTHER ORDERED that Zurich shall deliver a copy of its response(s) to Chambers on or before 4:00 p.m., EST, on August 22, 2005.

SO ORDERED this _____ day of August, 2005.

_____
United States Bankruptcy Court

AGREED TO BY THE PARTIES:

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: _____
Kevin Gross, Esquire (Del. Bar. No. 209)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

FOX ROTHSCHILD LLP

By: _____ (DE 2856)
For Francis G. X. Pileggi, Esquire (Del. Bar No. 2624)
L. Jason Cornell, Esquire (Del. Bar No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444