IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | _____ |
| | ) | |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 04-57064 (JLP) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION and | ) | **Related DK Nos.: 11, 12 and 15** |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT CASTELLINI'S MOTION FOR A DETERMINATION THAT THE ADVERSARY PROCEEDING IS A NON-CORE PROCEEDING AND MOTION TO WITHDRAW THE REFERENCE**

Empire Indemnity Insurance Company, d/b/a Zurich (hereinafter "Zurich"), subrogor of the Debtors, Chi-Chi's, Inc., and certain related debtors (collectively, the "Debtors" and/or "Chi-Chi's"), by and through the undersigned counsel, take no position on the substantive assertions or conclusions of law made in Defendant Castellini Company, LLC's Motion for a Determination that the Adversary Proceeding is a Non-Core Proceeding and Motion to Withdraw the Reference (collectively, the "Motions" or "Motions to Withdraw the Reference") other than to note, to the extent either Motion is granted, such action by the Court and taken upon the Defendant's

WM1A 62369v1 08/24/05

initiative, does not constitute a dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41 made applicable through BANKRUPTCY RULE OF PROCEDURE 7041.

**FOX ROTHSCHILD LLP**

By: */s/ Bernard George Conaway*
Francis G. X. Pileggi, Esquire (Del. Bar No. 2624)
Bernard George Conaway, Esquire (Del. Bar No. 2856)
L. Jason Cornell, Esquire (Del. Bar No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

Richard Dennis Abrams, Esquire
Heckler & Frabizzio, PA
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 573-4800

Attorneys for Empire Indemnity Insurance Company,[1] subrogee of the above-captioned Debtors

---

[1] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.