IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | _____ |
| | ) | |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 04-57064 (JLP) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER WITHDRAWING THE ORDER OF REFERENCE OF THIS
ADVERSARY CASE PURSUANT TO 28 USC 157(b)

Upon consideration of the Defendant Castellini Company, LLC's Motion to Withdraw the Reference made pursuant to 28 USC § 157(d) and FED. R. BANKR. P. 5011 and the incorporated memorandum of law filed in support thereof, and noting that the Plaintiff Empire Indemnity Insurance Company, d/b/a Zurich (hereinafter "Zurich"), subrogor of the Debtors, Chi-Chi's, Inc., takes no position on the Motion other than to assert that any relief granted pursuant to the Motion does not constitute a dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41 made applicable through BANKRUPTCY RULE OF PROCEDURE 7041, and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§

157(b)(3) and 1334(b); and it appearing that due and proper notice of Motion was given to all parties; and that the relief granted is appropriate under the fact and § 1334; it is hereby:

ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that, pursuant to 28 U.S.C. § 157(d) the reference of the adversary is hereby withdrawn, said withdraw not constituting a dismissal.

Dated: _____, 2005

_____
Judge, United States Bankruptcy Court