## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the **PLAINTIFF'S RESPONSE TO DEFENDANT CASTELLINI'S MOTION FOR A DETERMINATION THAT THE ADVERSARY PROCEEDING IS A NON-CORE PROCEEDING AND MOTION TO WITHDRAW THE REFERENCE** was served upon the following this 24th day of August, 2005, in the manner designated below:

***Via First Class Mail***
(Counsel for Castellini Company, LLC)
Gary E. Becker
Dinsmore & Shohl, LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

***Via Hand Delivery***
Kevin Gross, Esquire
Rosenthal Monhait Gross
   & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

/ s/  Bernard George Conaway, Esquire
Bernard G. Conaway, Esquire