**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one (1) copy of the **PLAINTIFF'S RESPONSE TO DEFENDANT CASTELLINI'S MOTION FOR A DETERMINATION THAT THE ADVERSARY PROCEEDING IS A NON-CORE PROCEEDING AND MOTION TO WITHDRAW THE REFERENCE** was served upon the following this 31st day of August, 2005, in the manner designated below:

*Via First Class Mail*
(Counsel for Castellini Company, LLC)
Gary E. Becker
Dinsmore & Shohl, LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

*Via Hand Delivery*
Kevin Gross, Esquire
Rosenthal Monhait Gross
  & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

/s/ L. Jason Cornell
L. Jason Cornell, Esquire