IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| Chi-Chi's Inc., et al | : |
| Debtors. | : Civil Action No. 05-634 |
| Chi-Chi's Inc., et al. | : |
| Plaintiffs, | : Bank. No. 03-13063 (RB) |
| | : Adv. No. 04-57064 (RB) |
| v. | : |
| Castellini Company LLC et al. | : |
| Defendants. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused to be served this 23nd day of September, 2005, PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES and PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS upon the following individuals in the manner specified:

**Via Hand Delivery:**
Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess, PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

**Via First Class Mail, Postage Prepaid**
Gary E. Becker, Esquire
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

FOX ROTHSCHILD LLP

By: */s/ L. Jason Cornell*
Francis G. X. Pileggi, Esquire (Bar No. 2624)
Bernard George Conaway, Esquire (Bar No. 2856)
L. Jason Cornell, Esquire (Bar No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

Richard Dennis Abrams, Esquire
Heckler & Frabizzio, PA
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 573-4800

*Attorneys for Empire Indemnity Insurance Company,*[1]
*subrogee of the above-captioned Debtors*

---

[1] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.

WM1A 64393v1 09/22/05