IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CHI-CHI S INC., et al | : | |
| | : | |
| Debtors. | : | Civil Action No. 05-634 |
| | : | |
| CHI-CHI S INC., et al. | : | |
| | : | |
| Plaintiffs, | : | Bank. No. 03-13063 (RB) |
| | : | Adv. No. 04-57064 (RB) |
| v. | : | |
| | : | |
| CASTELLINI COMPANY LLC et al. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

Plaintiffs' Counsel
Mark E. Felger                                                    *By Regular Mail*
Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Debtor and Debtor In Possession Counsel
Laurie Davis Jones                                             *By Hand Delivery*
Bruce Grohsgal
Rachel Lowy Werkheiser
Sandra G.M. Selzer
Pachulski Stang Ziehl Young Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801

<u>Special Counsel to Debtor and Defendant Chi-Chi's</u>
Frederick L. Gordon                                    *By Regular Mail*
Rhonda J. Holmes
Douglas J. Billingsly
Gordon & Holmes
223 W. Date Street
San Diego, CA 92101


William N. Lobel                                       *By Regular  Mail*
Alan Friedman
Irel & Manella, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 93660-6324

<u>Counsel for Castellini Company, LLC</u>
Gary E. Becker                                         *By Regular Mail*
Dinsmore & Shohl, LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202


Kevin Gross, Esquire                                   *By Hand Delivery*
Rosenthal Monhait Gross
  & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801



**FOX ROTHSCHILD LLP**

<u>/S/  Bernard George Conaway, Esquire</u>
Francis G. X. Pileggi, Jr., Esquire (DE 2624)
Bernard George Conaway, Esquire (DE 2856)
L. Jason Cornell, Esquire (DE 3831)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

                      Richard Dennis Abrams, Esquire (DE 2968)
                      Heckler & Frabizzio, PA
                      800 Delaware Avenue, Suite 200
                      Wilmington, DE 19801
                      (302) 573-4800

*Attorneys for Empire Indemnity Insurance Company, d/b/a Zurich,* [1]

DATE: November 1, 2005

---

[1] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.