IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CHI-CHI S INC., et al | : | |
| | : | |
| Debtors. | : | Civil Action No. 05-634 |
| | : | |
| CHI-CHI S INC., et al. | : | |
| | : | |
| Plaintiffs, | : | Bank. No. 03-13063 (RB) |
| | : | Adv. No. 04-57064 (RB) |
| v. | : | |
| | : | |
| CASTELLINI COMPANY LLC et al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF, EMPIRE INDEMNITY INSURANCE COMPANY, D/B/A ZURICH NORTH AMERICA'S, MOTION TO SET ASIDE THE JUDGMENT OF DISMISSAL**

COMES NOW, Empire Indemnity Insurance Company, d/b/a Zurich North America (hereinafter "Zurich", or "Moving Plaintiff"), by and through its undersigned counsel, Fox Rothschild LLP, hereby moves[1] this Court for an order setting aside the judgment of the December 7, 2004 dismissal pursuant to FEDERAL RULE OF CIVIL PROCEDURE 60(b)(1) and 60(b)(6). In support of the Motion, Zurich states as follows:

Zurich filed its memorandum of law in support of this Motion to Set Aside the Judgment of Dismissal and relies upon it to support this Motion.

---

[1] In making this Motion, Plaintiff does not concede that Defendants Sysco and SYGMA adversary action is properly pled, properly before that Court or that Zurich and Debtors or Chi-Chi are one in the same party.

WM1A 66995v1 11/01/05

FOX ROTHSCHILD LLP

*/S/  Bernard George Conaway, Esquire*
Francis G. X. Pileggi, Jr., Esquire (DE 2624)
Bernard George Conaway, Esquire (DE 2856)
L. Jason Cornell, Esquire (DE 3831)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

Richard Dennis Abrams, Esquire (DE 2968)
Heckler & Frabizzio, PA
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 573-4800

*Attorneys for Empire Indemnity Insurance Company, d/b/a Zurich,* [2]

DATE: November 1, 2005

---

[2] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.