# EXHIBIT A

## DISTRIBUTION SERVICE AGREEMENT

THIS DISTRIBUTION SERVICE AGREEMENT ("Agreement") is made as of the 26th day of June 2001, by and between Chi-Chi's, Inc., a Delaware corporation, (hereinafter "CC") and SYSCO Corporation, a Delaware Corporation and certain of its operating subsidiaries and/or divisions or units listed in Exhibit A attached hereto (collectively, "SYSCO"). The SYSCO operating subsidiaries, divisions and/or units listed on Exhibit A shall be referred to herein collectively as "Participating Operating Companies" and individually as "Participating Operating Company", and the facilities of the operating company The SYGMA Network, Inc. ("SYGMA") are referred to herein as "SYGMA Distribution Centers." Prandium, Inc., ("PDM"), the parent company of CC, is also a party to this Agreement for the purposes of its specific obligations and agreements hereunder, including, without limitation, those specified in Paragraphs V.C., VI, XV.D., and XVIII.

RECITALS

    A.    CC and its subsidiaries and affiliated entities are the owners, licensors, operators and managers of the Chi-Chi's Mexican Restaurants (the "Restaurants"). A list of the Restaurants owned, licensed, operated and managed by CC and/or its subsidiaries and affiliated entities (hereinafter "CC Restaurants"), as of the Effective Date, is attached as Exhibit B.

    B.    CC desires to designate SYSCO as its primary distributor for certain products to all of the Restaurants within the geographic service areas (the "Service Area") designated by the shaded areas in Exhibit C.

1

## X.  COMPLIANCE WITH CC DISTRIBUTION QUALITY PROGRAM

A.  <u>Compliance with CC Distributor Quality Program</u> - SYSCO agrees to comply with CC's Distributor Quality Program as referenced in Exhibit H.

## XI.  SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto; provided, however, that neither party may assign this Agreement without the prior written consent of the other party which approval shall not be unreasonably withheld or delayed.

## XII.  NOTICES

All notices required or permitted to be given hereunder shall be in writing and sent by facsimile (to be followed by any of the following) and personal delivery, overnight delivery service or United States registered or certified mail, postage prepaid, return receipt requested, addressed to the parties as follows:

    SYSCO:    SYSCO Corporation
                   c/o The SYGMA Network, Inc.
                   7125 West Jefferson Avenue #400
                   Lakewood, CO 80235
                   Attention: Gregory K. Marshall
                             Senior Vice President
                   Facsimile: (303) 988-4057
                   Facsimile: (303-988-4057

## XIX. ARBITRATION AND WAIVER OF JURY TRIAL RIGHT

A. <u>Arbitration</u> - Disputes, claims or controversy of any kind now existing or hereafter arising between the parties to this Agreement, including, but not limited to any action, dispute, claim or controversy arising out of this Agreement or the delivery by SYSCO of any Products to CC (a "Dispute") shall be resolved by binding arbitration in Kentucky, in accordance with the Commercial Arbitration Rules of the American Arbitration Association and, to the maximum extent applicable, the Federal Arbitration Act. Arbitrations shall be conducted before one arbitrator mutually agreeable to CC and SYSCO. If the parties cannot agree on an arbitrator within thirty (30) days after the request for an arbitration, then each party will select an arbitrator and the two arbitrators will select upon a third. Judgment of any award rendered by an arbitrator may be entered in any court having jurisdiction. All fees of the arbitrator and other costs and expenses of the arbitration shall be paid by SYSCO and CC equally unless otherwise awarded by the arbitrator; provided, however, that the non-prevailing party in an arbitration shall pay all reasonable attorneys' fees and expenses incurred by the prevailing party in connection with the Dispute and the arbitration.

B. <u>Waiver of Jury Trial Right</u> – CC and SYSCO each affirmatively waives their right to jury trial with respect to any disputes, claims or controversies of any kind whatsoever; CC and SYSCO having agreed to submit to arbitration any of such disputes, claims or controversies as set out above.

## XX. GOVERNING LAW

This Agreement shall be governed by the internal law, and not the law of conflicts in

K/Sales all concepts/dsa/dsa chichis executable 6-25-01.doc    37

Executed as of the date set forth at the beginning of this Agreement.

Chi-Chi's, Inc.

By: _____

Kevin S. Relyea

President


SYSCO Corporation

By: _____

Gregory K. Marshall

Senior Vice President


For purposes of PDM's specific agreements under the Agreement, including, without limitation, its agreements under Paragraphs V.C., VI, XV.D., and XVIII.


Prandium, Inc.

By: _____

Kevin S. Relyea

Chief Executive Officer and Chairman