# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHI-CHI'S, INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 03-13063 (JLP)<br>(Jointly Administered) |
| CHI-CHI'S, INC., et al.<br><br>                Plaintiffs<br><br>v.<br><br>CASTELLINI COMPANY, LLC; SYSCO CORPORATION; and SYGMA NETWORK, INC.<br><br>                Defendants. | Adversary No.: 04-54170 (JLP) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS

NOTICE IS HEREBY GIVEN THAT, pursuant to FRCP 41(a), plaintiff CHI-CHI'S, INC. voluntarily dismisses the above-captioned action without prejudice as to defendants SYSCO CORPORATION and SYGMA NETWORK, INC.

DATED: November 1_, 2004        PACHULSKI, STANG, ZIEHL, YOUNG,
                                                                           JONES & WEINTRAUB P.C.

                                                                          Laura Davis Jones (DE Bar No. 2346)
                                                                          Rachel Lowy Werkheiser (DE Bar No. 3753)
                                                                          919 Market Street, 16th Floor
                                                                          Wilmington, DE 19801
                                                                          Telephone: (302) 652-4100
                                                                          Fax: (302) 652-4400
                                                                          Attorneys for CHI-CHI'S, INC.

DOCS_DE:102445.1