# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHI-CHI'S, INC., | ) | Case No. 03-13063(JLP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| CHI-CHI'S, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 04- 57064 (JLP) |
| | ) | |
| CASTELLINI COMPANY, LLC, | ) | |
| SYSCO CORPORATION and | ) | |
| SYGMA NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PARTIAL DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff, Chi-Chi's, Inc.[1], by and through its undersigned counsel, hereby dismisses Defendants Sysco Corporation and Sygma Network, Inc., from the above-captioned adversary proceeding, without prejudice.

FOX ROTHSCHILD LLP

By: /s/ L. Jason Cornell, Esquire
Francis G. X. Pileggi, Esquire (Del. Bar No. 2624)
L. Jason Cornell, Esquire (Del. Bar No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

and

---

[1] The Complaint was filed by Empire Indemnity Insurance Company, subrogee of the Debtor. Empire's policy was issued to Prandium, Inc., the parent of Chi Chi's Inc..

WM1A 47421v1 12/07/04

Richard Dennis Abrams, Esquire
Heckler & Frabizzio, PA
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 573-4800

Attorneys for Empire Indemnity Insurance Company,[2]
subrogee of the above-captioned Debtors

---

[2] The firm of Heckler & Frabizzio represents Subrogee as to all claims against the Defendants, whereas Fox Rothschild LLP represents Subrogee as to claims arising solely against Defendant Castellini.

WMIA 47421v1 12/07/04