CERTIFICATE OF SERVICE

      I, Bernard George Conaway, do hereby certify that on the 1st day of November 2005, I caused a copy of the foregoing Plaintiff, Empire Indemnity Insurance Company, D/B/A Zurich North America's, Motion to Set Aside the Judgment of Dismissal to be served on the parties, through their counsel, as follows:

| | |
|---|---|
| Plaintiffs' Counsel | |
| Mark E. Felger | *By Regular Mail* |
| Jeffrey R. Waxman | |
| Cozen O'Connor | |
| 1201 N. Market Street, Suite 1400 | |
| Wilmington, DE 19801 | |
| | |
| Debtor and Debtor In Possession Counsel | |
| Laurie Davis Jones | *By Hand Delivery* |
| Bruce Grohsgal | |
| Rachel Lowy Werkheiser | |
| Sandra G.M. Selzer | |
| Pachulski Stang Ziehl Young Jones & Weintraub PC | |
| 919 North Market Street, 16th Floor | |
| P.O. Box 8705 | |
| Wilmington, DE 19801 | |
| | |
| Special Counsel to Debtor and Defendant Chi-Chi's | |
| Frederick L. Gordon | *By Regular Mail* |
| Rhonda J. Holmes | |
| Douglas J. Billingsly | |
| Gordon & Holmes | |
| 223 W. Date Street | |
| San Diego, CA 92101 | |
| | |
| William N. Lobel | *By Regular Mail* |
| Alan Friedman | |
| Irel & Manella, LLP | |
| 840 Newport Center Drive, Suite 400 | |
| Newport Beach, CA 93660-6324 | |

<u>Counsel for Castellini Company, LLC</u>
Gary E. Becker                                              *By Regular Mail*
Dinsmore & Shohl, LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Kevin Gross, Esquire                                        *By Hand Delivery*
Rosenthal Monhait Gross
  & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801


                                                <u>*/S/ Bernard George Conaway*</u>
                                                Bernard George Conaway (#2856)


DATE: November 1, 2005