IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHI-CHI'S, INC., ET AL, ) | |
| ) | Chapter 11 |
| Debtors, ) | Bankruptcy Case No. 03-13062 (RB) |
| ) | |
| EMPIRE INDEMNITY INSURANCE ) | |
| COMPANY, D/B/A ZURICH, ) | Adv. Proc. No. 04-57064 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:05-cv-00634-KAJ |
| CASTELLINI COMPANY LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Presently before me is Defendant's Motion to Withdraw the Reference of the Adversary Proceeding from the United States Bankruptcy Court for the District of Delaware. (Docket Item ["D.I."] 1; the "Motion".) There is no opposition to the Motion. Nevertheless, it will be denied without prejudice, the parties being free to resubmit a motion to withdraw after issues raised in Plaintiff's Motion to Set Aside the Judgment of Dismissal (D.I. 7; the "Motion to Set Aside") have been resolved by the Bankruptcy Court. Although there may be cause under 28 U.S.C. § 157(d) to withdraw the reference of this proceeding, the Bankruptcy Court ought in the first instance to have the opportunity to rule on the issues raised in the Motion to Set Aside.

Accordingly, IT IS HEREBY ORDERED that the Motion (D.I. 1) is DENIED without prejudice and that the Motion to Set Aside (D.I. 7) is denied without prejudice to its being refiled in the Bankruptcy Court.

_____
UNITED STATES DISTRICT JUDGE

November 22, 2005
Wilmington, Delaware